DECLARATION OF SERVICE

In the matter of *William Alvira v. City of New York, et al., SDNY Case No. 16-CV-4677(VSB)*, **DONALD K. POOLER** declares, under penalties of perjury, that the following is true and correct:

On August 19, 2016 at 12:22 pm I served true copies of the below-listed documents:

1. Summons in a Civil Action
2. Complaint and Demand for a Jury Trial

Documents were hand delivered to NYPD One Police Plaza, Room 1312, New York, NY 10038 and left with *Detective White.*

3. On August 19, 2016, at approximately 12:53 PM, I mailed a copy of the **Summons in a Civil Action** and **Complaint and Demand for a Jury Trial** in an envelope addressed to **Detective O'Brien,** NYPD One Police Plaza, Rm. 1312, New York, NY **10038**. Said envelope was marked "Personal and Confidential" and did not include any markings indicating that said mailing came from a law office. Said envelope was affixed with sufficient postage and deposited in a mail depository within the exclusive control of the United States Postal Service.

Dated:   New York, New York
         August 19, 2016

By: _____
    Donald K. Pooler

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| WILLIAM ALVIRA,<br><br>*Plaintiff(s)*<br>v.<br>CITY OF NEW YORK, DETECTIVE O'BRIEN, first name unknown, Shield No,. Unknown, Tax Registry No. Known, POLICE OFFICER JOHN DOE, Shield No. 3827, Tax Registry No. Unknown, and POLICE<br>*Defendant(s)* | Civil Action No. 16-cv-4677 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Detective O'Brien
c/o NYPD 120th Precinct
78 Richmond Terrance
St. George, NY 10301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Scott A. Korenbaum, Esq.
11 Park Place, Suite 914
New York, NY 10007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6/20/2016

/S/ D. Gonzalez
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 16-cv-4677

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

 ❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

 ❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

 ❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

 ❐ I returned the summons unexecuted because _____ ; or

 ❐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: